IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>           Plaintiff,          )<br>                                                     )<br>     vs.                                       )<br>                                                     )<br>JOSEPH J. SMYRAK,             )<br>                                                     )<br>           Defendant.       ) | 8:07CR36<br><br>ORDER |

This matter is before the court on the motion of Michael J. Decker to withdraw as counsel for the defendant, Joseph J. Smyrak [19]. Since retained counsel, Clarence E. Mock has entered an appearance for the defendant [17], the motion to withdraw [19] is granted. Michael J. Decker shall be deemed withdrawn as attorney of record and shall forthwith provide Clarence E. Mock with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Decker which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 21st day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge