# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> vs.  )  <br>  )  <br> JOSEPH J. SMYRAK,  )  <br>  )  <br> Defendant.  ) | 8:07CR36 <br><br> **SCHEDULING ORDER** |

UPON THE ORAL MOTION OF THE GOVERNMENT and no objection from the defendant,

IT IS ORDERED that the following motions are rescheduled for hearing on **December 4, 2007** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress [15], Motion to Produce Evidence for Testing [23] and
  Motion for Disclosure of Government's Intent to Introduce Other Crimes, Wrongs
  or Acts as Evidence at Trial [24]

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge