IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR36 |
| | ) | |
| JOSEPH J. SMYRAK, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Withdraw Pending Motions [38].   The motion is granted and defendant's  Motion to Suppress [15], Motion to Produce Evidence for Testing [23] and  Motion for Disclosure of Government's Intent to Introduce Other Crimes, Wrongs or Acts as Evidence at Trial [24] are deemed withdrawn.

    IT IS SO ORDERED.

    DATED this 14th day of December, 2007.

                                       BY THE COURT:

                                       s/ F.A. Gossett
                                       United States Magistrate Judge