IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEPH SMYRAK, )<br>)<br>Defendant. ) | Case No. 08:07CR36<br><br><br><br>**ORDER** |

On September 10, 2008, Defendant Joseph Smyrak's oral motion for an order extending the date for reporting to the designated federal correctional institution for service of his sentence came on before the Court by telephone conference call with the consent of the parties. Clarence E. Mock of Oakland, Nebraska appeared for Defendant Smyrak and Assistant U.S. Attorney Nancy Svoboda appeared for the government. Assistant U.S. Attorney Svoboda informed the Court the government had no objection to the motion and the Court finds the motion should be granted.

WHEREFORE, Joseph Smyrak's date for reporting to the federal correctional institution at Waseca, Minnesota for service of his sentence is hereby extended to November 18, 2008 at 2:00 p.m.

DATED: September 11, 2008.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief United States District Judge