IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:07CR36
                              )
      v.                      )
                              )
JOSEPH SMYRAK,                )        ORDER
                              )
            Defendant.        )
_____)
```

At the request of the parties,

IT IS ORDERED that the time for defendant to self-surrender to Sandstone, Minnesota, is extended to:

**Monday, December 1, 2008, at 2 p.m.**

DATED this 14th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court