IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR36 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH SMYRAK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____On November 25, 2008, the defendant appeared with counsel on a motion for

reduction of sentence (Filing No. 75), filed by the plaintiff, pursuant to Rule 35 of the Federal

Rules of Criminal Procedure.  After considering the comments of the parties and after evaluating

the assistance provided by the defendant, the Court finds that the government's motion for

reduction of sentence should be granted.  Accordingly,

IT IS ORDERED:

1)  The government's motion for reduction of sentence is granted.

2)  Defendant be committed to the custody of the Bureau of Prisons for a term of

twenty-four (24) months.   All other terms and conditions of the Judgment and Committal Order

dated July 21, 2008 (Filing No. 68), remain in full force and effect.

DATED this 25th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____ Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____                UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____                UNITED STATES WARDEN

By: _____